UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ACCU-TECH CORPORATION,

      Plaintiff,

   v.

HIRAM JACKSON; GREENFIELD
COMMERCIAL CREDIT, L. L. C.;
DONALD G. BARR; CLOVER
TECHNOLOGIES CAPITAL FUNDING,
L. L. C;

      Defendants.

CASE NO. 03-CV-71575-DT
JUDGE NANCY G. EDMUNDS
MAGISTRATE JUDGE PAUL J. KOMIVES

### **AMENDED ORDER AWARDING COSTS AND ATTORNEY FEES TO PLAINTIFF**

This order amends my May 20, 2005 order. In my March 9, 2005 opinion and order (Doc. Ent. 110) granting in part and denying in part plaintiff's June 30, 2004, motion (Doc. Ent. 54), I granted in part plaintiff's request for costs and attorney fees. (Doc. Ent. 110 at 22). I provided that plaintiff's counsel might submit to my chambers in letter form a list of the costs and fees for which counsel sought reimbursement. The order also provided that defense counsel would have an opportunity to respond to plaintiff's letter in like form. (Doc. Ent. 110 at 23).

In a letter dated March 24, 2005, attorney Lund stated that costs related to the December 16, 2004 reply brief totaled $1,928.80; costs related to the January 11, 2005 surreply brief totaled $2,518.70; and costs related to the February 2, 2005 hearing totaled $504.00[1] - a grand total of $4,951.50. On April 25, 2005, I faxed the parties a letter inviting defense counsel to submit any such responsive letter on or before May 2, 2005, and providing that plaintiff may reply by letter

---

[1] According to plaintiff's counsel, this amount is "exclusive of any fees or costs attributable to the Motion for Sanctions also heard on that date[.]"

within five days of receipt of defendants' response letter.

To date, I have not received any response to defendants' March 24, 2005 letter. Therefore, plaintiff's request for costs and attorney fees in the amount of $4,951.50 is GRANTED.

IT IS SO ORDERED.

The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

s/ Paul J. Komives
PAUL J. KOMIVES
Dated: June 14, 2005        UNITED STATES MAGISTRATE JUDGE

> The undersigned certifies that a copy of the foregoing order was served on the attorneys of record by electronic means or U.S. Mail on June 14, 2005.
>
> s/Eddrey Butts
> Case Manager